No. 78–1749. BLAKLEY *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

MR. JUSTICE WHITE, with whom MR. JUSTICE BRENNAN joins, dissenting.

I dissent from the denial of certiorari. In *Doyle* v. *Ohio*, 426 U. S. 610, 619 (1976), the Court held "that the use for impeachment purposes of petitioners' silence, at the time of arrest and after receiving *Miranda* warnings, violated the Due Process Clause of the Fourteenth Amendment."

The petitioner in this case was tried and convicted for the crime of sexual battery involving the use of great force. On direct examination in the State's case in chief a police officer testified that petitioner refused to make a statement after he was arrested and given *Miranda* warnings. Defense objections to this testimony were overruled by the trial court. On appeal, petitioner's conviction was affirmed by a divided Florida District Court of Appeal. 362 So. 2d 309 (1978).

I would grant certiorari in this case because the decision of the Florida District Court of Appeal is in conflict with *Doyle* v. *Ohio, supra*. Indeed, the conflict with *Doyle* seems sufficiently clear to me to warrant summary reversal of petitioner's conviction.